

FILED

APR 2 8 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

1 | DANIEL G. BOGDEN
United States Attorney
2 | KATHRYN C. NEWMAN
Assistant United States Attorney
3 | 333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada  89101
4 | Phone: (702) 388-6336 / Fax: (702) 388-5087

5

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
### -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF,<br><br>vs.<br><br>AURORA RIOS,<br><br>DEFENDANT. | CRIMINAL INDICTMENT<br><br>2:10-CR- _/9/_<br><br>VIOLATIONS:<br><br>29 U.S.C. § 501(c) - Embezzlement from Union<br>29 U.S.C. § 439(c) - Falsifying Union Records |

**THE GRAND JURY CHARGES THAT:**

At all times material to this Indictment, the Laborers' International Union of North America, Local 872 ("the Union"), was a labor organization engaged in an industry affecting commerce, subject to the Labor Management Reporting and Disclosure Act of 1959, 29 U.S.C. § 401, *et seq.*, and required to file an annual financial report with the Secretary of Labor.

### COUNT ONE
Embezzlement From Union

From in or about 2006 to in or about April 2009, in the State and Federal District of Nevada,

**AURORA RIOS,**

1  defendant herein, while a person employed directly by the Union, did embezzle, steal and
2  unlawfully and willfully abstract and convert to her own use the moneys and funds of the
3  Union, that is, she stole approximately $167,500 in membership dues and initiation fees paid
4  by union members on approximately 335 different occasions while employed as a cashier
5  for the Union.

6        All in violation of Title 29, United States Code, Section 501(c).

7  **COUNT TWO**
Falsification of Financial Records Required
8  To Be Kept by Labor Union
(2006)
9

10        From on or about January 1, 2006, to on or about December 31, 2006, in the
11  State and Federal District of Nevada,

12        **AURORA RIOS,**

13  defendant herein, did willfully make a false entry in, conceal, withhold and destroy a record
14  required to be kept by Title 29, United States Code, Section 436, that is, records and
15  receipts relating to membership dues and deposits, which are matters required to be
16  reported in the annual financial report of the Union that is filed with the Secretary of Labor
17  for the Union's fiscal year ending on December 31, 2006.

18        All in violation of Title 29, United States Code, Section 439(c).

19

20  **COUNT THREE**
Falsification of Financial Records Required
21  To Be Kept by Labor Union
(2007)
22

23        From on or about January 1, 2007, to in or about December 31, 2007, in
24  the State and Federal District of Nevada,

25        **AURORA RIOS,**

26

1   defendant herein, did willfully make a false entry in, conceal, withhold and destroy a record

2   required to be kept by Title 29, United States Code, Section 436, that is, records and

3   receipts relating to membership dues and deposits, which are matters required to be

4   reported in the annual financial report of the Union that is filed with the Secretary of Labor

5   for the Union's fiscal year ending on December 31, 2007.

6   All in violation of Title 29, United States Code, Section 439(c).

7   **COUNT FOUR**
    Falsification of Financial Records Required
8   To Be Kept by Labor Union
    (2008)
9

10   From on or about January 1, 2008, to in or about December 31, 2008, in the

11   State and Federal District of Nevada,

12   **AURORA RIOS,**

13   defendant herein, did willfully make a false entry in, conceal, withhold and destroy a record

14   required to be kept by Title 29, United States Code, Section 436 , that is, records and

15   receipts relating to membership dues and deposits, which are matters required to be

16   reported in the annual financial report of the Union that is filed with the Secretary of Labor

17   for the Union's fiscal year ending on December 31, 2008.

18   All in violation of Title 29, United States Code, Section 439(c).

19   **COUNT FIVE**
    Falsification of Financial Records Required
20   To Be Kept by Labor Union
    (2009)
21

22   From on or about January 1, 2009, to in or about March 23, 2009, in the State

23   and Federal District of Nevada,

24   **AURORA RIOS,**

25   defendant herein, did willfully make a false entry in, conceal, withhold and destroy a record

26

3

1    required to be kept by Title 29, United States Code, Section 436, that is, records and

2    receipts relating to membership dues and deposits, which are matters required to be

3    reported in the annual financial report of the Union that is filed with the Secretary of Labor

4    for the Union's fiscal year ending on December 31, 2009.

5         All in violation of Title 29, United States Code, Section 439(c).

6         **DATED:** this _28_ day of April 2010.

7         **A TRUE BILL:**

8

9                         /S/
                   FOREPERSON OF THE GRAND JURY

10    DANIEL G. BOGDEN
      United States Attorney

11

12

13    KATHRYN C. NEWMAN
      Assistant United States Attorney

14

15

16

17

18

19

20

21

22

23

24

25

26